IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARLOS RAMONE REECE                                               PLAINTIFF

v.                        Civil No. 1:19-cv-1042

CHRISTOPHER WILLIAMS (Deputy,
Ouachita County Sheriff's Office); MR.
MCDONALD; MR. OWENS; and DAVID
NORWOOD (Sheriff)                                      DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed February 24, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant recommends that Plaintiff's official capacity claims be dismissed. He further recommends that all individual capacity claims against Defendants Owens and Norwood be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's official capacity claims are **DISMISSED WITHOUT PREJUDICE**. All individual capacity claims against Defendants Owens and Norwood are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's individual capacity claims against Defendants Williams and McDonald remain.

**IT IS SO ORDERED**, this 13th day of March, 2019.

                                                                                /s/ Susan O. Hickey
                                                                                Susan O. Hickey
                                                                                Chief United States District Judge